DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CINDY FORD,**
Appellant,

v.

**NATHANIEL E. GREEN,** as Personal Representative of
**THE ESTATE OF VILMA AWAI,**
Appellee.

No. 4D2025-1367

[January 21, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; N. Hunter Davis, Judge; L.T. Case No. CACE23-022324.

Cindy Ford, Pembroke Pines, pro se.

Nathaniel E. Green of Nathaniel E. Green, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

GROSS, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***